**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PRASHANTH REDDY DYNASTY TRUST AND AAKSA JAI, LLC, | Civil Action No. 1:25-cv-14128 |
| Plaintiffs, | |
| v. | |
| THOMAS J. MCDONOUGH, ET AL., | |
| Defendants. | |

### REQUEST FOR CLERK OF COURT TO REFUND FILING FEE

TO THE CLERK OF THE COURT:

I mistakenly made a duplicate payment to the United States District Court for the Northern District of Illinois using pay.gov. I am now requesting a refund of the Notice of Appeal electronic fee paid in error associated with Receipt No. AILNDC-25450504.

The fee made in correlation to Receipt No. AILNDC-25450948 was not made in error. By submitting this letter, I attest that all information is accurate, and I am authorized to make this request.

Dated: July 30, 2026

Respectfully submitted,

/s/ Samson Widerman
SaDella Duval d'Adrian (ARDC #6345670)
Manish Mehta (ARDC #6290204)
Samson Widerman (ARDC #6354059)
**BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP**
71 S. Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone: 312.212.4949
SDuval@beneschlaw.com
MMehta@beneschlaw.com

Matthew Fox (NY #5305883)
(Pro Hac Vice Forthcoming)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
1155 Avenue of the Americas, Floor 26
New York, NY 10036
Telephone: 646.593.7050
MFox@beneschlaw.com

*Attorneys for Plaintiffs Aaksa Jai, LLC and Prashanth Reddy Dynasty Trust*